**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,  :

                           :

v.                           :        CASE NO.: 7:23-CR-13 (WLS-TQL-1)

                           :

GABRIELLE HAYNES,        :

                           :

        Defendant.         :

                           :

## <u>ORDER</u>

The Court intends to notice this case for the August 2023 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, June 12, 2023,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

       **SO ORDERED**, this <u>22nd</u> day of May, 2023.

                      **/s/ W. Louis Sands**
                      **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**