IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00013-(WLS-TQL-1) |
| | : |
| GABRIELLE PATRICE HAYNES, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is an Unopposed Motion to Continue in the Interest of Justice (Doc. 36) submitted by Defendant on June 7, 2023. Therein, Defendant requests the Court to continue both the pretrial conference and the case to the next available Valdosta trial term. (*Id.*) Defendant states that the Government has provided a plea agreement that could "potentially resolve this case without the necessity of a jury trial." (*Id.*) Therefore, Defense Counsel needs additional time to convey the proposed plea agreement with Defendant. (*Id.*) Defendant further notes that the Government does not oppose the instant Motion. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion to Continue (Doc. 36) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 trial term beginning on November 6, 2023, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __8th__ day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**