IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Case No.: 7:23-CR-13 (WLS-TQL-1) <br> : <br> GABRIELLE PATRICE HAYNES, : <br> : <br> : <br> Defendant. : <br> : | |

## ORDER

Before the Court is an Unopposed Motion to Continue in the Interest of Justice (Doc. 39) submitted by the Defendant on September 15, 2023. Therein, Defendant requests the Court to continue both the pretrial conference and trial set for the November 2023 trial term, and requests that the case be continued to the next available Valdosta trial term. (*Id.*) Defense Counsel states that the Government has provided a plea agreement that is likely to resolve the case without the need of a jury trial and needs additional time to make a final determination. (*Id.*) Defense Counsel also states that the Government does not oppose the instant Motion. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion to Continue in the Interest of Justice (Doc. 39) is **GRANTED**. The pretrial conference is **CANCELED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February trial term beginning on February 5, 2024, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __15th__ day of September 2023.

                                           **/s/ W. Louis Sands**
                                           **W. LOUIS SANDS, SR. JUDGE**
                                           **UNITED STATES DISTRICT COURT**